

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| ROSARIO CARTWRIGHT AND | | No. 08-16-00129-CV |
| ISHMAEL CARTWRIGHT, | § | |
| | | Appeal from the |
| Appellants, | § | |
| | | 143rd District Court |
| V. | § | |
| | | of Ward County, Texas |
| FAVIOLA ARACELI ARMENDARIZ, | § | |
| | | (TC# 14-09-23446-CVW) |
| Appellee. | § | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF SEPTEMBER, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.